# IN THE SUPREME COURT OF THE STATE OF NEVADA

YVONNE ILLINGWORTH,
Petitioner,

vs.

THE STATE OF NEVADA,
Respondent.

No. 70076

FILED

MAY 0 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of habeas corpus. Petitioner seeks modification of her sentence. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:    Yvonne Illingworth
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk